### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KELLY MAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| CITY OF WICHITA, KANSAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## COMPLAINT

Plaintiff Kelly Mar, through counsel Donald N. Peterson, II and Sean McGivern of Graybill & Hazlewood, LLC, states and alleges as follows for her cause of action against Defendant City of Wichita, Kansas:

1. Plaintiff Kelly Mar is a resident of the state of Kansas.

2. Plaintiff is female, over the age of 40, Asian race, and of Asian descent.

3. Plaintiff has been employed by Defendant City of Wichita, Kansas in its police department since 1996.

4. At all times relevant to the allegations in this Complaint, Defendant employed Plaintiff as a detective.

5. Defendant wrongfully fired Plaintiff in 2014.

6. Plaintiff was reinstated to employment with Defendant in 2015 per a labor arbitration decision.

7. Since Plaintiff's reinstatement, Plaintiff's performance has been more closely scrutinized than younger, male, Caucasian employees.

8. In April 2017, Plaintiff was refused promotions.

9. Defendants instead promoted less experienced, Caucasian male employees.

10. Plaintiff made a complaint of discrimination to Defendant based upon the failure to promote.

11. Defendant responded to Plaintiff's complaint by placing Plaintiff under investigation.

12. Plaintiff made a complaint to Defendant about the discriminatory treatment in August and September 2017.

13. Defendant responded with more groundless internal affairs investigations of Plaintiff, by belittling Plaintiff, and by denying Plaintiff polygraph training hours.

14. Plaintiff complained to Defendant's HR Department in May of 2018 about Defendant's illegal conduct towards her.

15. In 2019, Defendant continued its discriminatory and retaliatory actions towards Plaintiff.

16. A new technique Defendant implemented against Plaintiff in 2019, perhaps uniquely against Plaintiff, is a form non-grievable discipline that remains in Plaintiff's file and prevents her from seeking promotion.

17. Defendant has routinely held Plaintiff to different standards on the basis of her race, national origin, age, and gender.

18. Defendant has discriminated against Plaintiff based upon her race, age, gender, and national origin.

19. Defendant has retaliated against Plaintiff for engaging in activities protected by law.

20. Defendant violated Plaintiff's rights under the Civil Rights Act of 1866, 42 U.S.C. § 1981; the Civil Rights Act of 1871, 42 U.S.C. § 1983; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and the Kansas Act Against Discrimination, K.S.A. 44-1001 et seq.

21. Plaintiff has been damaged by Defendant's illegal conduct.

22. This Court may exercise jurisdiction over the parties and claims in this case.

23. Plaintiff has exhausted administrative remedies and this action is timely.

WHEREFORE, Plaintiff Kelly Mar prays that judgment be entered in her favor, and against Defendant City of Wichita, Kansas, for damages in excess of $75,000.00, representing economic losses, noneconomic losses, compensatory damages, general damages, punitive damages, attorneys fees and costs, and all other relief that the Court deems just and equitable.

**Plaintiff Kelly Mar demands trial by jury.**

**Plaintiff Kelly Mar designates Wichita, Kansas as the place of trial.**

Dated: December 4, 2019.

SUBMITTED BY:

GRAYBILL & HAZLEWOOD, LLC

/s/ Sean McGivern
Donald N. Peterson, II, #13805
Sean M. McGivern, #22932
218 N. Mosley St.
Wichita, KS 67202
Telephone: (316) 266-4058
Fax: (316) 462-5566
don@graybillhazlewood.com
sean@graybillhazlewood.com
*ATTORNEYS FOR PLAINTIFF*