**In the United States District Court
for the District of Kansas**

───────────

No. 6:19-cv-01330-TC

───────────

KELLY MAR,

*Plaintiff*

v.

CITY OF WICHITA, KANSAS,

*Defendant*

───────────

**JUDGMENT IN A CIVIL CASE**

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order filed on June 21, 2022, Defendant's Motion for Summary Judgment, Doc. **100**, is **GRANTED. Judgment in favor of the Defendant.**

Date: June 21, 2022.         SKYLER B. O'HARA
                             CLERK OF THE DISTRICT COURT


                             By:  s/ Traci Anderson
                                     Deputy Clerk